

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2014

No. 04-14-00059-CV

**IN THE INTEREST OF E.G.,** a Child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00345
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the January 8, 2014 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on March 3, 2014. *See* TEX. R. APP. P. 38.6(a). We granted Appellants first unopposed motion for extension of time to file the brief until March 23, 2014. On the brief's due date, Appellant filed an unopposed second motion for extension of time to file the brief until April 14, 2014, for a total extension of forty days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than April 14, 2014. *See id.*; *see also* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.supreme.courts.state.tx.us/MiscDocket/11/11925100.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If the brief is not filed as ordered, the court may dismiss this appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *In re J.R.*, No. 04-08-00494-CV, 2009 WL 97632, at *1 (Tex. App.—San Antonio Jan. 14, 2009, no pet.) (mem. op.) (per curiam).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2014.

Keith E. Hottle
Clerk of Court